AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MENUDO INTERNATIONAL, LLC a Florida LLC <br><br> *Plaintiff(s)* <br> v. <br> IN MIAMI PRODUCTION, LLC a Florida LLC; MARIA CRISTINA BRUAN, an individual, and CHARLIE MASSO, an individual. <br><br> *Defendant(s)* | Civil Action No. 1:17-cv-21559-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Maria Cristina Bruan
241 N. Coconut Ln
Miami Beach, Florida 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RICHARD C. WOLFE, ESQ.
WOLFE LAW MIAMI P.A.
175 SW 7TH STREET, 2410
MIAMI, FLORIDA 33130
305-384-7370

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/27/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MENUDO INTERNATIONAL, LLC a Florida LLC <br><br> *Plaintiff(s)* <br> v. <br> IN MIAMI PRODUCTION, LLC a Florida LLC; MARIA CRISTINA BRUAN, an individual, and CHARLIE MASSO, an individual. <br><br> *Defendant(s)* | Civil Action No. 1:17-cv-21559-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Maria Cristina Bruan as the Registered Agent of
IN MIAMI PRODUCTION, LLC
241 N. Coconut Ln
Miami Beach, Florida 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RICHARD C. WOLFE, ESQ.
WOLFE LAW MIAMI P.A.
175 SW 7TH STREET, 2410
MIAMI, FLORIDA 33130
305-384-7370

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/27/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts