UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE: 17-cv-21559

MENUDO INTERNATIONAL, LLC
A Florida LLC

Plaintiff,

v.

IN MIAMI PRODUCTION, LLC.
A Florida LLC.,
CHRISTINA BRAUN, an individual, and
CHARLIE MASSO, an individual

Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, MENUDO INTERNATIONAL, LLC ("Plaintiff"), by and through undersigned counsel, hereby certify that the following is a full and complete list of all known persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to a party:

1. MENUDO INTERNATIONAL LLC, is a Florida LLC.

2. PAUL TARNOPOL is the manager/ member of Menudo International LLC.

3. Wolfe Law Miami, P.A. – Counsel for MENUDO INTERNATIONAL, LLC.

4. Richard C. Wolfe, Esq. – Counsel for MENUDO INTERNATIONAL, LLC.

Respectfully submitted,
WOLFE LAW MIAMI, P.A.

*Attorneys for Plaintiff*
175 SW 7th Street, Suite 2410
Miami, Florida 33130
Phone: 305-384-7370

_____/s/ *Richard C. Wolfe*___
RICHARD C. WOLFE
FLORIDA BAR #355607
rwolfe@wolfelawmiami.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.