UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-21559-CIV-WILLIAMS

MENUDO INTERNATIONAL, LLC,

    Plaintiffs,

vs.

IN MIAMI PRODUCTION LLC,
et al.,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte*. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff shall effect service of process and file proof of service of the Complaint on all Defendants by **no later than July 25, 2017.** All claims against any Defendant that has not been served with notice of this action by that day will be dismissed without prejudice pursuant to Rule 4(m).

**DONE AND ORDERED** in chambers in Miami, Florida, this _18_ day of July, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE