UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE: 1:17:cv-21559KMW

MENUDO INTERNATIONAL, LLC
A Florida LLC

Plaintiff,

v.

IN MIAMI PRODUCTION, LLC.
A Florida LLC.,
Christina Braun, an individual, and
Charlie Masso, an individual

Defendants.
_____/

**PLAINTIFF'S REQUEST PURSUANT TO LOCAL RULE 7.1B FOR ORAL ARGUMENT ON IT'S MOTION FOR PRELIMINARY INJUNCTION [DE 16]**

Plaintiff, MENUDO INTERNATIONAL, LLC ("Menudo"), pursuant to Local Rule 7.1B, asks this Court to schedule oral argument on the issues raised in Plaintiff's Motion for Preliminary Injunction and Supporting Memorandum of Law (hereinafter the "Motion") [DE 16].

Menudo believes that a one (1) hour hearing is desired and helpful to the Court because the issues raised in the Motion are unique and because counsel can point the Court to specific documents filed in this case with respect to the motion and answer any questions that the Court may raise and present further evidence in support of the Motion. Further, Plaintiff's counsel acknowledges that all counsel have agreed (and proper designations and stipulations will be filed[1]) that the hearing may be heard by the Magistrate.

**RULE 7.1 CERTIFICATION**

---

[1] Upon receipt of the executed Notice of Consent to Magistrate from opposing counsel, same will be filed with the Court.

1

The undersigned counsel hereby certifies that he has conferred with counsel for Defendants, who has stated that they do not agree to the relief sought herein (other than the hearing is to be heard by the Magistrate).

                Respectfully submitted,

                **WOLFE LAW MIAMI, P.A.**
                *Counsel for Plaintiff Menudo International*
                175 Southwest 7 Street, Suite 2410
                Miami, Florida 33130
                T: 305.384.7370
                F: 305.384.7371

                By: _/s/ Richard Wolfe_____
                Richard C. Wolfe, Esq.
                Florida Bar No.: 355607
                Rwolfe@wolfelawmiami.com

## CERTIFICATE OF SERVICE

We hereby certify that on July 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.