UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-21559-CIV-WILLIAMS

MENUDO INTERNATIONAL, LLC,

    Plaintiffs,

vs.

IN MIAMI PRODUCTION LLC,
et al.,

    Defendants

_____/

## ORDER REFERRING CASE TO MAGISTRATE JUDGE

**THIS MATTER** is before the Court on the Parties' election to jurisdiction by a United States Magistrate Judge (DE 32) in which the Parties indicate that they consent to Jurisdiction by a United States Magistrate Judge for all proceedings in this matter, including trial. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, and in accordance with the Parties' consent and election, this case is hereby **REFERRED** to United States Magistrate Judge Edwin G. Torres to take all necessary and proper action as required by law, through and including trial by jury and entry of final judgment. The Clerk is directed to **REMOVE** all pending hearings and trial dates set in this matter from Judge Williams's calendar.

**DONE AND ORDERED** in chambers, at Miami, Florida, this 21st day of July, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE