UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE: 1:17:cv-21559KMW

MENUDO INTERNATIONAL, LLC
A Florida LLC

Plaintiff,

v.

IN MIAMI PRODUCTION, LLC.
A Florida LLC.,
Christina Braun, an individual, and
Charlie Masso, an individual

Defendants.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, MENUDO INTERNATIONAL, LLC, and pursuant to Fed. R. Civ. P. Rule 16 hereby files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

| **Plaintiff** | **Affiliated and Related Persons or Entities** |
|---|---|
| Menudo International, LLC | Plaintiff |
| Paul Tarnopol | Managing Member - Menudo International, LLC |
| Wolfe Law Miami, P.A. | Attorneys for Plaintiff listed above |
| Richard C. Wolfe, Esq. | Attorney for Plaintiff listed above |

Respectfully submitted,

**WOLFE LAW MIAMI, P.A.**
*Attorneys for Plaintiff*
Latitude One Offices
175 SW 7th Street, Suite 2410
Miami, FL 33130

Phone:  305-384-7370<br>
Fax:      305-384-7371<br>
<br>
By: */s/ Richard C. Wolfe*<br>
RICHARD C. WOLFE<br>
Florida Bar No.: 355907<br>
rwolfe@wolfelawmiami.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Friday, July 28, 2017, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.