UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE: 1:17:cv-21559KMW

MENUDO INTERNATIONAL, LLC
A Florida LLC

Plaintiff,

v.

IN MIAMI PRODUCTION, LLC.
A Florida LLC.,
Christina Braun, an individual, and
Charlie Masso, an individual

Defendants.
_____/

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(A)**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, MENUDO INTERNATIONAL, LLC ("Menudo"), hereby submits its initial disclosures. These disclosures are based on the information reasonably available to Menudo. at this time, and are made without waiving any objections as to relevance, materiality or admissibility of evidence in the action. Menudo reserves the right to revise, correct, supplement or clarify the disclosures at any time, consistent with Rule 26(e) of the Federal Rules of Civil Procedure.

I. **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT MAY BE USED TO SUPPORT MENUDO'S CLAIMS:**

Plaintiff's disclosure is made without the benefit of any discovery and prior to Defendants' answers. Plaintiff reserves the right to amend its disclosures to add additional witnesses.

A. *Individuals Associated With Plaintiff*

**1. PAUL TARNOPOL**
   c/o Wolfe Law Miami, PA
   175 SW 7th Street, Suite 2410
   Miami, Florida 33130

1

Information includes: full knowledge of dispute, history of communications concerning the trademark at the center of this dispute, and history of chain of rights to the Menudo trademark.

2.  **OSCAR LLORD**
    **c/o Wolfe Law Miami, PA**
    **175 SW 7th Street, Suite 2410**
    **Miami, Florida 33130**

Information includes: Full knowledge of dispute, history of communications concerning the trademark at the center of this dispute, and history of chain of rights to the Menudo trademark.

3. **CARLOS PIMENTEL**
    **c/o Wolfe Law Miami, PA**
    **175 SW 7th Street, Suite 2410**
    **Miami, Florida 33130**

Information includes: Full knowledge of dispute, history of communications concerning the trademark at the center of this dispute, and history of chain of rights to the Menudo trademark and that Defendants attempted (but did not) to obtain a license from Plaintiff's predecessors in interest to exploit the trademark

In addition, MENUDO anticipates that other, unknown individuals may have discoverable information that MENUDO may use to support its claims or defenses. MENUDO incorporates by reference any other individuals disclosed by other parties in this matter and reserves the right to supplement this disclosure pursuant to Federal Rule of Civil Procedure 26(e).

MENUDO also reserves the right to obtain discovery in support of its claims or defenses from any witness identified in any other party's Rule 26(a)(1) disclosure. These persons are disclosed in the documents attached to Plaintiff's Motion for Injunction [s*ee* DE 16].

II.     **CATEGORIES AND LOCATION OF DOCUMENTS:**

Documents Relevant to MENUDO's Claims or Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii). MENUDO submits the following description of documents, electronically stored information or tangible things in its personal possession, custody or control that it may use to

support its claims or defenses, by category:

1. USPTO Trademark Registration No. 4,558,767 and other documents filed with the United State Patent and Trademark Office.

2. Documents showing the history of the use of the subject Trademark by Plaintiff and it's predecessors in interest, which are attached as exhibits to the Complaint [DE 1] and to the Motion for Preliminary Injunction.

3. Documents showing the chain of title to the subject Trademark from Plaintiffs' predecessors in interest to Plaintiff, which are attached to the Complaint or Motion for Preliminary Injunction.

4. Documents exchanged between Defendants and Carlos Pimentel, showing Defendants attempted to but did no obtain permission to use the subject Trademark.

Dated this 28th day of July, 2017.    Respectfully submitted,

**WOLFE LAW MIAMI, P.A.**
*Attorneys for Plaintiff*
175 SW 7th Street
Penthouse Suite 2410
Miami, FL 33130
Phone: 305-384-7370

By: ___s/Richard C. Wolfe_____
 RICHARD C. WOLFE
 Florida Bar No.: 355607
 rwolfe@wolfelawmiami.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on July 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

 _____*s/Richard C. Wolfe*_____