UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE: 17-cv-21559

MENUDO INTERNATIONAL, LLC
A Florida LLC

Plaintiff,

v.

IN MIAMI PRODUCTION, LLC.
A Florida LLC.,
Maria Cristina Braun, an individual, and
Charlie Masso, an individual

Defendants.
_____/

**DEFENDANT IN MIAMI PRODUCTION LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant IN MIAMI PRODUCTION, LLC ("IMP") discloses the following information pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

a. IMP has no parent corporation; and

b. No publicly held entity (corporate or otherwise) owns 10% or more of IMP's stock.

Respectfully Submitted,

/s/ Vivek Jayaram

Vivek Jayaram
Johanna Hyman
Jayaram Law Group, Ltd.
125 S. Clark Street, 17th Floor
Chicago, IL 60603
646-325-9855

1

Email: vivek@jayaramlaw.com
Email: Johanna@jayaramlaw.com
Counsel for In Miami Productions LLC and Maria Cristina Braun
Admitted Pro Hac Vice

Joshua Ryan Alhalel
Alhalel Law
777 Brickell Avenue, Suite 600
Miami, FL 33131
305-563-9060
Email: josh@alhalel-law.com
Local Counsel

2

## CERTIFICATE OF SERVICE

I, Joshua Alhalel, hereby certify that on August 4, 2017, I filed Defendants' Answer and Affirmative Defenses by using the Court's CM/ECF electronic filing service, which will serve all attorneys of record accordingly:

**Richard Charles Wolfe**
Wolfe Law Miami, P.A.
175 SW 7 Street
Suite 2410
Miami, FL 33130
305-384-7370
Fax: 305-384-7371
Email: rwolfe@wolfelawmiami.com

/s/ Joshua Ryan Alhalel
Alhalel Law
777 Brickell Avenue, Suite 600
Miami, FL 33131
305-563-9060
Email: josh@alhalel-law.com


Vivek Jayaram
Johanna Hyman
Jayaram Law Group, Ltd.
125 S. Clark Street, 17th Floor
Chicago, IL 60603
646-325-9855
Email: vivek@jayaramlaw.com
Johanna@jayaramlaw.com
