UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE: 1:17:cv-21559KMW

MENUDO INTERNATIONAL, LLC
A Florida LLC

Plaintiff,

v.

IN MIAMI PRODUCTION, LLC.
A Florida LLC.,
Christina Braun, an individual, and
Charlie Masso, an individual

Defendants.
_____/

## PLAINTIFF'S AMENDED INITIAL DISCLOSURES PURSUANT TO RULE 26(A)

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, MENUDO INTERNATIONAL, LLC ("Menudo"), hereby submits its initial disclosures. These disclosures are based on the information reasonably available to Menudo. at this time, and are made without waiving any objections as to relevance, materiality or admissibility of evidence in the action. Menudo reserves the right to revise, correct, supplement or clarify the disclosures at any time, consistent with Rule 26(e) of the Federal Rules of Civil Procedure.

### I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT MAY BE USED TO SUPPORT MENUDO'S CLAIMS:

Plaintiff's disclosure is made without the benefit of any discovery and prior to Defendants' answers. Plaintiff reserves the right to amend its disclosures to add additional witnesses.

*A. Individuals Associated With Plaintiff*

**1. PAUL TARNOPOL**
   **c/o Wolfe Law Miami, PA**
   **175 SW 7th Street, Suite 2410**
   **Miami, Florida 33130**

Information includes: Plaintiff's Trademark and monies expended to purchase the Trademark, lack of abandonment, consumer confusion and irreparable damages caused by IMP's activities

**2.  OSCAR LLORD**
   **c/o Wolfe Law Miami, PA**
   **175 SW 7th Street, Suite 2410**
   **Miami, Florida 33130**

Information includes: Chain of title, History of Menudo dating back from 1997 to current, Cease and Desist letters sent by Menudo International, Lack of abandonment and irreparable damages .

**3. CARLOS PIMENTEL**
   **c/o Wolfe Law Miami, PA**
   **175 SW 7th Street, Suite 2410**
   **Miami, Florida 33130**

Information includes: Prior license given to IMP for Mexico, IMP's knowledge that they needed to obtain a license, consumer confusion, and intentional acts of infringement

**4. MARC STOLLMAN, ESQ.**
   **c/o Wolfe Law Miami, PA**
   **175 SW 7th Street, Suite 2410**
   **Miami, Florida 33130**

Information includes: Lack of abandonment, value of Menudo, consumer confusion in the marketplace, irreparable damages caused by IMP

**5. Johnny Lozada**
   **c/o Wolfe Law Miami, PA**
   **175 SW 7th Street, Suite 2410**
   **Miami, Florida 33130**

Information includes: IMP's infringement.

In addition, MENUDO anticipates that other, unknown individuals may have

discoverable information that MENUDO may use to support its claims or defenses. MENUDO

incorporates by reference any other individuals disclosed by other parties in this matter and

reserves the right to supplement this disclosure pursuant to Federal Rule of Civil Procedure 26(e).

MENUDO  also reserves the right to obtain discovery in support of its claims or defenses from any witness identified in any other party's Rule 26(a)(1) disclosure. These persons are disclosed in the documents attached to Plaintiff's Motion for Injunction [see DE 16].

**II.**      **CATEGORIES AND LOCATION OF DOCUMENTS:**

Documents Relevant to MENUDO's Claims or Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii). MENUDO submits the following description of documents, electronically stored information or tangible things in its personal possession, custody or control that it may use to support its claims or defenses, by category:

1.      Documents showing the history of the use of the subject Trademark by Plaintiff and it's predecessors in interest, which are attached as exhibits to the Complaint [DE 1] and to the Motion for Preliminary Injunction.

2.      Documents showing the chain of title to the subject Trademark from Plaintiffs' predecessors in interest to Plaintiff, which are attached to the Complaint or Motion for Preliminary Injunction.

3.      Documents exchanged between Defendants and Carlos Pimentel, showing Defendants attempted to but did no obtain permission to use the subject Trademark.

4.      USPTO Trademark Registration No. 3428083 and 3769296.

5.      USPTO Trademark Registration No. 3412154.

6.      Letter dated 4/17/2014  re: Proposed Menudo Project from JP Fatta, Managing Partner of Showpitch to Carlos Pimentel.

7.      Email dated 8/7/15 from Cristina Bruan to Carlos Pimentel re: Menudomania.

8.      Email dated 9/4/15 from Carlos Pimentel to John McNally re: Menudo Mexico and certified translation.

9.      Email chain ending with email dated 8/13/15 from Carlos Pimentel to Cristina Bruan re: Menudomania.

10.     Email dated 8/13/15 from Cristina Bruan to Carlos Pimentel.

11.     Various Promotional Flyers for Menudomania.

12.     NY Court Documents re: the sale and purchase of the TM Menudo Trademark transferring same to MENUDO Entertainment LLC.

13.     Ltr dated 5/2/16 from Nikki Siesel to Cristina Bruan re: Unauthorized use of Federally Registered Menudo Mark; Trademark Assignment and Asset Purchase Agreement.

14.     Documents transferring and assigning trademark from MENUDO Entertainment LLC to Plaintiff.

15.     Ltrs dated 6/30/17 from Wolfe Law Miami to the following: Rick Stevens; Richard Lom; Bruno Del Granado; Erick Owens Harper; Wilson R. Torres Zapata; Miquel Angel Cancel; Robert Martin Rodriguez; Jorge Melendez; Rebecca Leon and Phil Rodriguez; regarding Defendants' unauthorized use of Federally registered Menudo Mark.

16.     USPTO Trademark Registration No. 870056545.

17.     USPTO Trademark Registration No. 87193518.

18.     USPTO Trademark Certificate No. 4558767.

19.     Ltr dated 7/7/2017 from Cristina Bruan addressed to Whom It May Concern and Certificate Translation.

20.     Carlos Pimental email to Cristina Bruan 2/26/16.

21.     List of all the Applied for Trademarks of MENUDO made by Plaintiff.

Dated this 17th day of August, 2017.          Respectfully submitted,

**WOLFE LAW MIAMI, P.A.**
*Attorneys for Plaintiff*
175 SW 7th Street
Penthouse Suite 2410
Miami, FL 33130
Phone:  305-384-7370

By: __*s/Richard C. Wolfe* _____
  RICHARD C. WOLFE
  Florida Bar No.:  355607
  rwolfe@wolfelawmiami.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

          *s/Richard C. Wolfe*