IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-CV-21559-KMW

MENUDO INTERNATIONAL, LLC,
A Florida LLC,

    Plaintiff,

v.

IN MIAMI PRODUCTIONS, LLC,
A Florida LLC,
MARIA CRISTINA BRUAN, an individual,

    Defendants.
_____/

**IN MIAMI PRODUCTIONS, LLC'S WITNESS AND EXHIBIT LIST**

Defendant IN MIAMI PRODUCTIONS, LLC ("IMP") hereby files the following Witness List and Exhibit List for the Hearing on the Preliminary Injunction and pursuant to this Court's Order (Doc. 43), as follows:

**Witnesses:**

1. Cristina Bruan

**Exhibits:**

|  | **EXHIBIT DESCRIPTION** |
|---|---|
| 1. | Documents re. Vanyx, Inc. (Doc. 23-2) |
| 2. | MDO Name Change Wikipedia Page (Doc. 23-3) |

1

| 3.  | USPTO TSDR for dead MENUDO mark 1374718 (Doc. 23-4) |
|-----|---|
| 4.  | USPTO TSDR for dead MENUDO mark 2450894 (Doc. 23-5) |
| 5.  | USPTO TSDR for dead MENUDO mark 3175117 (Doc. 23-6) |
| 6.  | USPTO TSDR for dead MENUDO mark 3428083 (Doc. 23-7) |
| 7.  | USPTO TSDR for dead MENUDO mark 3412154 (Doc. 23-8) |
| 8.  | USPTO TSDR for dead MENUDO mark 3769296 (Doc. 23-9) |
| 9.  | USPTO TSDR for MENUDO registered trademark 4558767 (Doc. 23-10) |
| 10. | Menudo Returns Articles (Doc. 23-11) |
| 11. | Docs Showing Menudo Tour Dates and 2009 Dormancy (Doc. 23-12) |
| 12. | Communications between Cristina Bruan and Carlos Pimental |
| 13. | NYPost Article "$5M Bronx War Over The New Menudo" (Doc. 23-13 at p. 6). |
| 14. | Various photos and concert materials of IMP's shows (Doc. 23-14) |
| 15. | Cease and Desist email from Carlos Pimental to Cristina Bruan dated 2-26-2016 |
| 16. | Cease and Desist letter from Nikki Seisel to Cristina Bruan dated 5-2-2016 |
| 17. | Menudo International Opposition to IMP's trademark application in Mexico (Doc. 23-18) |
| 18. | USPTO TSDR for pending applications for MENUDO marks serial no. 87056545 and serial no. 87193518 (23-19) |
| 19. | Menudo International's USPTO 1(b) applications for MENUDO marks serial no. 87056545 and serial no. 87193518 |
| 20. | IMP's opposition to registration of MENUDO mark serial no. 87056545 (Doc. 23-20) |
| 21. | IMP's petition for cancellation of MENUDO registered trademark 4558767 (Doc. 23- |

|     |                                                                                                                                                                              |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     | 21)                                                                                                                                                                          |
| 22. | Demand letter from Ladas & Parry (Doc. 23-22)                                                                                                                                |
| 23. | Documents reflecting IMP's plans for a tour through Live Nation with the Jacksons                                                                                            |
| 24. | Amended 30(b)(6) Deposition Notice of Menudo International                                                                                                                   |
| 25. | Requests for Admission to Menudo International (served 8-21-2017)                                                                                                            |
| 26. | Requests for Production of Documents to Menudo International (served 8-21-2017)                                                                                              |
| 27. | First Set of Interrogatories to Menudo International (served 8-21-2017)                                                                                                      |
| 28. | Menudo International's Responses to First Set of Interrogatories (served 9-20-2017)                                                                                          |
| 29. | Menudo International's Complaint and Exhibits attached thereto (Doc 1 and exhibits)                                                                                          |
| 30. | Menudo International's Motion for Preliminary Injunction and Exhibits attached thereto (Doc. 16 and exhibits)                                                                |
| 31. | April 17, 2014 letter from Showpitch to Carlos Pimental                                                                                                                      |
| 32. | IMP's Responses to Menudo International's First Request for Documents, IMP's Responses to Menudo International's First Set of Interrogatories, and the documents produced thereto |
| 33. | June 30, 2017 Letter from Richard Wolfe to various third parties regarding the lawsuit                                                                                       |
| 34. | Declaration of Cristina Bruan (Doc. 23-1)                                                                                                                                    |
| 35. | All documents, including assignments, recorded with the USPTO related to the marks at issue                                                                                  |
| 36. | Evidence of third parties using the Menudo Trademark                                                                                                                         |
| 37. | Deposition Transcript of Oscar Llord                                                                                                                                         |
| 38. | Deposition Transcript of Paul Tarnopol                                                                                                                                       |
| 39. | Copies of Subpoenas issued to third-parties                                                                                                                                  |

| | |
|---|---|
| 40. | Menudo International trademark license deal memo with Trading Connections LLC |
| 41. | May 31, 2006 Agreement between Menudo Entertainment and Sony Music |
| 42. | Agreement between Padosa Productions and band member Charlie Masso's guardian |
| 43. | Declarations of Jonathan Montenegro and Roberto Avellanet (Doc. 23-24) |

Respectfully Submitted,

/s/ Vivek Jayaram

Vivek Jayaram
Johanna Hyman
Jayaram Law Group, Ltd.
125 S. Clark Street, 17th Floor
Chicago, IL 60603
646-325-9855
Email: vivek@jayaramlaw.com
Email: Johanna@jayaramlaw.com
Counsel for In Miami Productions LLC and Cristina Braun
Admitted Pro Hac Vice

Joshua Ryan Alhalel
Alhalel Law
777 Brickell Avenue, Suite 600
Miami, FL 33131
305-563-9060
Email: josh@alhalel-law.com
Local Counsel

## CERTIFICATE OF SERVICE

I, Joshua Alhalel, hereby certify that on September 25, 2017, I filed In Miami Productions LLC's Witness and Exhibit List by using the Court's CM/ECF electronic filing service, which will serve all attorneys of record accordingly:

**Richard Charles Wolfe**
Wolfe Law Miami, P.A.
175 SW 7 Street
Suite 2410
Miami, FL 33130
305-384-7370
Fax: 305-384-7371
Email: rwolfe@wolfelawmiami.com

/s/ Joshua Ryan Alhalel
Alhalel Law
777 Brickell Avenue, Suite 600
Miami, FL 33131
305-563-9060
Email: josh@alhalel-law.com


Vivek Jayaram
Johanna Hyman
Jayaram Law Group, Ltd.
125 S. Clark Street, 17th Floor
Chicago, IL 60603
646-325-9855
Email: vivek@jayaramlaw.com
Johanna@jayaramlaw.com
