IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:17-CV-21559-KMW

MENUDO INTERNATIONAL, LLC,
A Florida LLC,

  Plaintiff,

v.

IN MIAMI PRODUCTION, LLC,
A Florida LLC,
MARIA CRISTINA BRAUN, an individual,
CHARLIES MASSO, an individual,

  Defendants.
_____/

## PLAINTIFF'S EXHIBIT LIST

  Plaintiff, MENUDO INTERNATIONAL, LLC ("Plaintiff" or "Menudo"), pursuant

Federal Rule of Civil Procedure, by and through its undersigned counsel, hereby files it's Exhibit

list as follows:

| Exhibit Number | Date Marked | Date Admitted | Exhibit Description | Bate Stamps | Objections |
|---|---|---|---|---|---|
| P1 | | | Contracts between the band members and Edgardo Diaz | | |
| P2 | | | 2004 a Trademark Registration Certificate for Live Preformances and Recorded Music was issued to MENUDO ENTERTAINMENT, NY | | |
| P3 | | | 2004 a Trademark Registration for Clothing was issued to MENUDO ENTERTAINMENT, NY | | |
| P4 | | | 2006 a Trademark Registration for Live Performances was issued to MENUDO ENTERTAINMENT, NY | | |
| P5 | | | 2015 BIG BAR won a final Judgment vs. MENUDO ENTERTAINMENT/GLOBAL | | |
| P6 | | | 2016 MENUDO INT'L PURCHASED THE MENUDO TRADEMARK FROM | | |

1

| | | | | | |
|---|---|---|---|---|---|
| | | | BIG BAR (ie Trademark Assignment, Trademark Assignment Agreement and Asset Purchase Agreement) | | |
| P7 | | | 2014/2016 MENUDO was issued a Trademark Registration for Entertainment Services | | |
| P8 | | | 2016 & 2017 MENUDO INT'L was issued a Trademark Registration for clothing, recordings and live performances | | |
| P9 | | | June 12, 2017 MENUDO INT'L entered in a License for the Trademark to Trading Connections, LLC for a 40th Anniversary Tour | | |
| P10 | | | MENUDO ENTERTAINMENT and BIG BAR each sent **cease and desist** letters to Defendants regarding the Mark | | |
| P11 | | | Arbitration AWARD in favor of Menudo Entertainment | | |
| P12 | | | August 7, 2015 Emails from Cristina Bruan to Carlos Pimental re: Menudomania Forever Convention | | |
| P13 | | | 1985 a Trademark Registration Certificate for the Word MENUDO the DRAWING 1996 a Trademark Registration Certificate for the Drawing MENUDO | | |
| P14 | | | Billboard 10/13/06 Epic to Sign MENUDO; MTV Plans Reality Show | | |
| P15 | | | August/September 2006 MENUDO Experience Talent Search and Mall Tour Time Line | | |
| P16 | | | MENUDOMANIA forever advertising | | |
| P17 | | | MENUDO Brand Without Borders presents THE WORLD CUP MUSIC Business Plan B MENUDO International | | |
| P18 | | | MENUDO Advertising and Marketing | | |
| P19 | | | List of all the Registration re MENUDO | | |
| P20 | | | April 17, 2014 Letter from Showpitch to Carlos Pimental re Showpitch / Menudo Deal | | |
| P21 | | | 2017 UNIVERSAL CABLE PRODUTIONS OFFER | | |
| P22 | | | 9/4/2015 Email from Pimental to John McNally  regarding using the Mark and | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Name MENUDO in Mexico for the Concert | | |
| P23 | | | 2017 Certificate of Registration  Menudo International | | |
| P24 | | | 2014 Email from Carlos Pimental to Oscar Llord regarding percentage agreement | | |
| P25 | | | July 7, 2017 Letter from Cristina regarding Menudomenia's 40th year Anniversary | | |
| P26 | | | Nickelodean Deal | | |
| P27 | | | Text from Cristina to Paul | | |
| P28 | | | 2010 Agreement between MENUDO and PLURAL | | |
| P29 | | | July 11 2017 Ltr from JAYARAM to Telemantez re MENUDO litigation | | |
| P30 | | | Email from Didier Hernandez to Plaintiff Re: Confusion | | |
| P31 | | | IMP Contract with Ruben Cuevas | | |

## SERVICE LIST

I HEREBY certify that on this 29th day of September, 2017, a true and correct copy of the foregoing was furnished, via electronic mail, upon the following:


Joshua R. Allhalel, Esq.
ALLHALEL LAW
777 Brickell Avenue, Suite 600
Miami, FL 33131
Josh@Allhalel-Law.com
*Co-Counsel for Defendants*


Johann Hyman, Esq.
Vivek Jayamara, Esq.
JAYARAM LAW GROUP LTD
125 S. Clark Street, 17th Floor
Chicago, IL 60603
vivek@jayaramlaw.com
*Co-Counsel for Defendants*

3