IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-CV-21559-KMW

MENUDO INTERNATIONAL, LLC,
A Florida LLC,

    Plaintiff,

v.

IN MIAMI PRODUCTION, LLC,
A Florida LLC,
MARIA CRISTINA BRAUN, an individual,
CHARLES MASSO, an individual,

    Defendants.
_____/

## NOTICE OF FILING

    Plaintiff, MENUDO INTERNATIONAL, LLC, hereby gives Notice of Filing the executed Merchandising and Fan Management Agreement and the executed Sony and Menudo Contract, which is attached hereto as **Exhibit A and B**.

    Respectfully submitted,

**WOLFE LAW MIAMI, P.A.**
*Counsel for Plaintiff Menudo International*
175 Southwest 7 Street, Suite 2410
Miami, Florida 33130
T: 305.384.7370
F: 305.384.7371

By: _/s/ Richard Wolfe_____
Richard C. Wolfe, Esq.
Florida Bar No.: 355607
Rwolfe@wolfelawmiami.com

## **CERTIFICATE OF SERVICE**

      We hereby certify that on October 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.