UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE: 17-cv-21559

MENUDO INTERNATIONAL, LLC
A Florida LLC

**Plaintiff,**

v.

IN MIAMI PRODUCTION, LLC.
A Florida LLC,

**Defendant/Third-Party Plaintiff,**

v.

**Didier Hernandez, an individual, and
TRADING CONNECTIONS, LLC,
A Florida LLC,**

**Third-Party Defendants**
_____/

### RESPONSE IN OPPOSITION TO MOTION FOR EXTENSION OF TIME

PLEASE TAKE NOTICE that Defendant/Third-Party Plaintiff In Miami Productions, LLC ("IMP") hereby opposes Plaintiff Menudo International, LLC and Third-Party Defendants Didier Hernandez, and Trading Connections, LLC's Joint Motion for Extension of Time to respond to IMP's Motion for Preliminary Injunction against Trading Connections and Didier Hernandez. (Doc. 96) (the "Extension").

To be clear (and contrary to the Plaintiff and Trading Connections' joint written representation to this Court today), IMP opposes *any and every* party's request for an extension of time to respond to the pending motion for preliminary injunctive relief. While counsel for IMP ordinarily has no issue with extending professional courtesies with respect to extensions of time

1

(courtesies that have been repeatedly and liberally extended in this case, and will continue to be extended under normal circumstances), given the fact that the very nature of a preliminary injunction rests on the premise that the movant has suffered irreparable harm, it would be contrary to the underlying purpose of the relief requested by IMP to allow for such an extension. *Schiavo ex rel. Schindler v. Schiavo*, 403 F.3d 1223, 1225-26 (11th Cir. 2005). *See also Wreal, LLC v. Amazon.com, Inc.,* 840 F.3d 1244, 1248 (11th Cir. 2016) *(*citing *Univ. of Tex. v. Camenisch,* 451 U.S. 390, 395, 101 S. Ct. 1830, 68 L. Ed. 2d 175 (1981); *All Care Nursing Serv., Inc. v. Bethesda Mem'l Hosp., Inc.,* 887 F.2d 1535, 1539 (11th Cir. 1989))*; see also Wireless Agents, L.L.C. v. T Mobile USA, Inc.,* 2006 U.S. Dist. LEXIS 36590, 2006 WL 1540587, *3 (N.D. Tex. June 6, 2006) ("[D]elay in seeking a remedy is an important factor bearing on the need for a preliminary injunction. Absent a good explanation, a substantial period of delay militates against the issuance of a preliminary injunction by demonstrating that there is no apparent urgency to the request for injunctive relief."). Moreover, the Third Party Defendants appear to be planning a performance using the MENUDO mark; any delay in granting IMP's relief could result in serious harm to their intellectual property rights.

     Finally, counsel for the Plaintiff expressly advised all parties during a March 28, 2018 teleconference that he would continue seeking extensions with respect to IMP's motion for preliminary injunction so that the Court would not have an opportunity to hold a hearing prior to the August 6, 2018 trial date.[1] This Court should not allow the Plaintiff to implement its questionable "strategy."

---

[1] IMP believes that its preliminary injunction motion can be granted on the papers.

Accordingly, IMP respectfully requests this court does not grant any extension of time to respond to its Motion for Preliminary Injunction absent an opportunity to oppose such extension in writing.

Respectfully Submitted,

Respectfully Submitted,
/s/ Vivek Jayaram
Vivek Jayaram
Johanna Hyman
Jayaram Law Group, Ltd.
125 S. Clark Street, 17th Floor
Chicago, IL 60603
646-325-9855
Email: vivek@jayaramlaw.com
Email: Johanna@jayaramlaw.com
Counsel for In Miami Productions LLC
Admitted Pro Hac Vice

Joshua Ryan Alhalel
Alhalel Law
777 Brickell Avenue, Suite 600
Miami, FL 33131
305-563-9060
Email: josh@alhalel-law.com
Local Counsel

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 4, 2018 he filed the foregoing Response in Opposition using the Court's CM/ECF electronic filing, which will electronically serve all counsel of record and emailed a copy of Third Party Defendants counsel:

WOLFE LAW MIAMI, P.A.
RICHARD WOLFE
175 SW 7 Street
Latitude One Offices
Suite 2410
Miami, Florida 33130
rwolfe@wolfelawmiami.com

T. 305.384.7370
F. 305.384.7371
M. 305.401.3639

EDAM LAW PLLC
175 SW 7th Street (Suite 2410 Latitude One Building),
Miami FL 33130
Phone: 305-643-0740
edmar.amaya@edamlaw.com

    /s/Vivek Jayaram
Vivek Jayaram, Esq.
Jayaram Law Group
125 S. Clark Street
17th Floor
Chicago, IL 60603
vivek@jayaramlaw.com
T: 646.325.9855
Counsel for Defendants

Joshua Ryan Alhalel
Alhalel Law
777 Brickell Avenue, Suite 600
Miami, FL 33131
305-563-9060
Email: josh@alhalel-law.com
Local Counsel