UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE: 17-cv-21559

MENUDO INTERNATIONAL, LLC.
A Florida LLC

    Plaintiff,

v.

IN MIAMI PRODUCTION, LLC.
A Florida LLC., et al.,

    Defendants.
_____/

IN MIAMI PRODUCTION, LLC.
A Florida LLC., et al.,

    Defendant/Third-Party Plaintiff,

v.

DIDIER HERNANDEZ, an individual, and
TRADING CONNECTIONS, LLC,
A Florida LLC,

    Third-Party Defendants.
_____/

**TRADING CONNECTIONS, LLC'S INITIAL
DISCLOSURES PURSUANT TO RULE 26(A)**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Third-Party Defendant, TRADING CONNECTIONS, LLC ("Trading Connections"), hereby submits its initial disclosures. These disclosures are based on the information reasonably available to Trading Connections. at this time, and are made without waiving any objections as to relevance,

1

materiality or admissibility of evidence in the action. Trading Connections reserves the right to revise, correct, supplement or clarify the disclosures at any time, consistent with Rule 26(e) of the Federal Rules of Civil Procedure.

**I.     INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT MAY BE USED TO SUPPORT TRADING CONNECTIONS' CLAIMS OR DEFENSES:**

Trading Connections' disclosure is made without the benefit of any discovery and prior to Defendants' answers. Trading Connections reserves the right to amend its disclosures to add additional witnesses.

**1. PAUL TARNOPOL**
   **c/o Wolfe Law Miami, PA**
   **175 SW 7th Street, Suite 2410**
   **Miami, Florida 33130**

Information includes: Plaintiff's Trademark and monies expended to purchase the Trademark, lack of abandonment, consumer confusion and irreparable damages caused by IMP's activities

**2. OSCAR LLORD**
   **c/o Wolfe Law Miami, PA**
   **175 SW 7th Street, Suite 2410**
   **Miami, Florida 33130**

Information includes: Chain of title; History of Menudo dating back from 1997 to current, Cease and Desist letters sent by Menudo International, Lack of abandonment and irreparable damages.

**3. CARLOS PIMENTEL (ADDRESS UNKNOWN)**
   **Email:  <carlosgpimentel@yahoo.com>**

Information includes: Prior license given to IMP for Mexico; IMP's knowledge that they needed to obtain a license; consumer confusion; and intentional acts of infringement; exploitation of the trademark from 1999-2017.

**4. MARC STOLLMAN, ESQ.**
   **c/o Wolfe Law Miami, PA**
   **175 SW 7th Street, Suite 2410**
   **Miami, Florida 33130**

Information includes: Lack of abandonment; value of Menudo; consumer confusion in the marketplace; irreparable damages caused by IMP

**5. JOHNNY LOZADA (ADDRESS UNKNOWN)**

Information includes: IMP's infringement. chain of title, contracts signed by former Menudo Members acknowledging ownership of mark.

**6. CHARLIE MASSO (ADDRESS UNKNOWN)**

Information includes: IMP's infringement, chain of title, contracts signed by former Menudo Members acknowledging ownership of mark.

**7. DIDIER HERNANDEZ**
c/o Edam Law, PLLC
175 SW 7th Street, Suite 2410
Miami, Florida 33130
 **Email: dhernandez@tradingconnections.net**

Information includes: IMP's infringement and tortious interference and confusion in the marketplace.

**8. JEFF WEINER**
583 City Island Ave
Bronx, NY  10464
(718) 885-0440

Information includes: information about the chain of title; exploitation of the trademark post 1999-2017.

In addition, Trading Connections anticipates that other, unknown individuals may have discoverable information that Trading Connections may use to support its claims or defenses. Trading Connections incorporates by reference any other individuals disclosed by other parties in this matter and reserves the right to supplement this disclosure pursuant to Federal Rule of Civil Procedure 26(e).

Trading Connections also reserves the right to obtain discovery in support of its claims or defenses from any witness identified in any other party's Rule 26(a)(1) disclosure.

## II.     CATEGORIES AND LOCATION OF DOCUMENTS

Documents Relevant to Trading Connections' Claims or Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii). Trading Connections submits the following description of documents, electronically stored information or tangible things in its personal possession, custody or control that it may use to support its claims or defenses, by category:

1. Documents showing the history of the use of the subject Trademark by Plaintiff and it's predecessors in interest, which are attached as exhibits to the Complaint [DE 1] and to the Motion for Preliminary Injunction.

2. Documents showing the chain of title to the subject Trademark from Plaintiffs' predecessors in interest to Plaintiff, which are attached to the Complaint or Motion for Preliminary Injunction.

3. Documents exchanged between Defendants and Carlos Pimentel, showing Defendants attempted to but did no obtain permission to use the subject Trademark.

4. Documents and information related to USPTO Trademark Registration No. 3428083 and 3769296.

5. Documents and information related to USPTO Trademark Registration No. 3412154.

6. Letter dated 4/17/2014 re: Proposed Menudo Project from JP Fatta, Managing Partner of Showpitch to Carlos Pimentel.

7. Email dated 8/7/15 from Cristina Braun to Carlos Pimentel re: Menudomania.

8. Email dated 9/4/15 from Carlos Pimentel to John McNally re: Menudo Mexico and certified translation.

9. Email chain ending with email dated 8/13/15 from Carlos Pimentel to Cristina Braun re: Menudomania.

10. Email dated 8/13/15 from Cristina Braun to Carlos Pimentel.

11. Various Promotional Flyers and emails for Defendants' use of Menudomania and 40th Anniversary Tour.

12. NY Court Documents re: the sale and purchase of the TM Menudo Trademark transferring same to MENUDO Entertainment LLC.

13. Ltr dated 5/2/16 from Nikki Siesel to Cristina Braun re: Unauthorized use of Federally Registered Menudo Mark; Trademark Assignment and Asset Purchase Agreement.

14. Documents transferring and assigning trademark from MENUDO Entertainment LLC to Plaintiff.

15. Ltrs dated 6/30/17 from Wolfe Law Miami to the following: Rick Stevens; Richard Lom; Bruno Del Granado; Erick Owens Harper; Wilson R. Torres Zapata; Miquel Angel Cancel; Robert Martin Rodriguez; Jorge Melendez; Rebecca Leon and Phil Rodriguez; regarding Defendants' unauthorized use of Federally registered Menudo Mark.

16. USPTO Trademark Application No. 87/056,545.

17. USPTO Trademark Application No. 87/193,518.

18. The USPTO file and related documents for USPTO Trademark Registration No. 4,558,767.

19. Ltr dated 7/7/2017 from Cristina Braun addressed to Whom It May Concern and Certificate Translation.

20. Carlos Pimentel email to Cristina Braun 2/26/16.

21. List of all the applications for Trademarks of MENUDO made by Plaintiff.

22. Contract for Charlie Masso for participation in Menudo.

23. Representative documents regarding Defendants' 18 infringing shows.

24. Documents exploitation of Mark from 1999-2017 and monies extended by Menudo and its predecessors.

Respectfully submitted, on April 10, 2018

**EDAM LAW PLLC**
*Attorneys for Plaintiff*
Latitude One Offices

175 SW 7th Street, Suite 2410

Miami, FL 33130

Phone: 305-384-7370

Fax: 305-384-7371

By: */s/ Edmar M. Amaya*
Edmar Amaya, LL.M., Esq.
Florida Bar No.: 63816
**edmar.amaya@edamlaw.com**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this April 10, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Edmar M. Amaya*
Edmar Amaya, LL.M., Esq.
Florida Bar No.: 63816
**edmar.amaya@edamlaw.com**