UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-21559-Civ-TORRES

MENUDO INTERNATIONAL, LLC,
A Florida LLC,

      Plaintiff,

v.

IN MIAMI PRODUCTION, LLC, *et al.,*

      Defendants.
_____/

### ORDER RATIFYING SETTLEMENT, ENTERING PERMANENT INJUNCTIVE RELIEF AND GRANTING DECLARATORY RELIEF

This matter came before the Court on the joint motion of all Parties' to this action for entry of an order ratifying the settlement agreement. [DE 146]. The Court having considered the motion and the supporting record, it is hereby:

**ORDERED AND ADJUDGED** that:

    a)    The terms of the settlement agreement by and among all of the parties to this case, dated as of May 31, 2018, which is filed as Exhibit A to DE 146, is hereby ratified and confirmed;

    b)    Defendants, In Miami Production, LLC and Maria Christina Bruan and all parties acting through or with them, are hereby permanently enjoined from: (1) using the Mark "Menudo" (the "Mark") or any colorable imitation thereof; (2) using any trademark that imitates or is confusingly similar to or in anyways similar to the Mark, or that is likely to cause confusion, mistake, deception, or

public misunderstanding as to the origin of Plaintiff's products and services or their connectedness to Defendants; (3) using the name, image and likeness of MENUDO for commercial or advertising purposes, anywhere on a website, social media or otherwise in commerce; and (4) using any Mark that is confusingly similar to any of the Marks used by Plaintiff.

    c)    The Court hereby enters declaratory relief determining pursuant F.S. 86 *et seq.,* that Menudo International, LLC is the rightful and sole owner of the trademark to the Mark "Menudo," and based upon Defendants' withdrawal of all objections to Menudo International's application, the USPTO may issue final registration certificates of the Mark "Menudo" in favor of Menudo International, LLC;

    d)    Each of the parties shall bear their own fees and costs;

    e)    This Court closes the file, but reserves jurisdiction to enforce this agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida this 6th day of June, 2018.

                                                  _____
                                                  EDWIN G. TORRES
                                                  United States
                                                  Magistrate Judge

Cc: Counsel of Record